**4**

1  JaVonne M. Phillips, Esq. SBN 187474
2  Jennifer C. Wong, Esq. SBN 246725
3  **McCarthy & Holthus, LLP**
   2763 Camino Del Rio South, Suite 100
4  San Diego, CA 92108
5  Phone (877) 369-6122
   Fax (619) 685-4811
6

7  Attorneys for
8  Guild Mortgage Company LLC, its assignees and/or successors

9

10                 UNITED STATES BANKRUPTCY COURT

11                 EASTERN DISTRICT OF CALIFORNIA

12                       SACRAMENTO DIVISION

13

14  In re                                    ) Case No. 24-24120
                                             )
15                                           ) DC No. JCW-1
                                             )
16  Kristina Lynn Fluetsch aka Kristina      )
    Lynn Thornton,                           ) Chapter 13
17                                           )
18         Debtor.                           )
                                             )
19                                           ) **OBJECTION TO CONFIRMATION**
                                             ) **OF CHAPTER 13 PLAN**
20                                           )
                                             )
21                                           )
                                             ) **Confirmation Hearing:**
22                                           ) Date:  11/19/2024
                                             ) Time: 9:00AM
23                                           ) Ctrm: 28, 7th Floor
                                             ) Place: 501 I Street,
24                                           )        Sacramento CA
25                                           )
                                             ) Judge: Fredrick E. Clement
26                                           )
27                                           )
28  _____ )

29

File No.  CA-24-179252
Objection to Plan, Case No. 24-24120

1       Guild Mortgage Company LLC, its assignees and/or successors, ("Secured Creditor") in

2  the above-entitled Bankruptcy proceeding, hereby submits the following Objections to

3  Confirmation of the Chapter 13 Plan proposed by Kristina Lynn Fluetsch ("Debtor").

4       1.      Secured Creditor is entitled to receive payments pursuant to a Promissory Note

5  which matures on 4/1/2052 and is secured by a Deed of Trust on the subject property commonly

6  known as 2722 Latham Drive, Sacramento, CA 95864. As of 9/16/2024, the amount in default

7  was $35,731.55 as described in the Proof of Claim filed on 10/30/2024 [Claim #8-1]. See

8  **Exhibit "1".**

9       2.      The proposed Plan does not include the arrearages owed to Secured Creditor.

10  Pursuant to 11 U.S.C. §1322(b)(2), b(5) and 1325 (a)(5)(B), the proposed plan must provide for

11  full payment of the arrearages as well as ongoing monthly payments pursuant to the Note and

12  Deed of Trust. To cure the pre-petition arrearages of $35,731.55 within 60 months, Secured

13  Creditor must receive a minimum payment of $595.53 per month from the Debtor through the

14  Plan. Debtor's Plan provides for payments to the Trustee in the amount of $2,000.00 per month

15  for 60 months. Pursuant to Debtor's Schedules I and J, Debtor has a negative monthly net

16  income of -$11,602.00.  Debtor does not have sufficient funds to cure the arrears or to fund the

17  Plan as proposed.  The Plan is not feasible. A true and correct copy of Debtor's Schedules I and J

18  is attached hereto as **Exhibit "2"**.

19       3.      Unless otherwise ordered, under 11 U.S.C. §1326(a)(1), the Debtor shall

20  commence making the payments proposed by the Plan within 30 days after the Petition is filed.

21  The Plan must comply with all applicable provisions of 11 U.S.C. §1325 to be confirmed.  As

22  such, the Plan cannot be confirmed.

23  CONCLUSION

24       Any Chapter 13 Plan proposed by the Debtor must provide for and eliminate the

25  Objections specified above in order to be reasonable and to comply with applicable provisions of

26  the Bankruptcy Code.  Secured Creditor respectfully requests that confirmation of the Chapter 13

27  Plan as proposed by the Debtor be denied, or in the alternative, be amended to provide for full

28  payoff of the arrearages owed to Secured Creditor.

29  ///

File No.  CA-24-179252
Objection to Plan, Case No. 24-24120

1       WHEREFORE, Secured Creditor prays as follows:

2       1.     That confirmation of the Proposed Chapter 13 Plan be denied, or in the

3 alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor

4 within 60 months;

5       2.     For attorneys' fees and costs herein,

6       3.     For such other relief as this Court deems proper.

7

8

                                           Respectfully submitted,

9

10                                 **McCarthy & Holthus, LLP**

11      10/30/2024

12                           By:   /s/ Jennifer C. Wong

13                                  Jennifer C. Wong, Esq.
                                 Attorney for Guild Mortgage Company LLC, its

14                                  assignees and/or successors

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29