**2**

DAVID P. CUSICK, TRUSTEE, #160467
NEIL ENMARK, #159185, attorney for Trustee
KRISTEN A. KOO, #230856, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
legalmail@cusick13.com
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 24-24120-A-13C |
| | ) | DCN:    DPC-2 |
| | ) | |
| KRISTINA L. FLEUTSCH, | ) | NOTICE OF TRUSTEE'S |
| | ) | MOTION TO DISMISS CASE |
| | ) | |
| | ) | DATE:            NOVEMBER 19, 2024 |
| | ) | TIME:             9:00 A.M. |
| | ) | JUDGE:           CLEMENT |
| Debtor | ) | COURTROOM:   28, 7th FLOOR |

**NOTICE IS HEREBY GIVEN PURSUANT TO LBR 9014-1(f)(2),** that DAVID P. CUSICK, Standing Chapter 13 Trustee, has filed with the Court, a Motion to Dismiss Case.

THE MOTION SHALL BE HEARD by the Court on November 19, 2024, at 9:00 a.m., at the United States Courthouse located at 501 "I" Street, 7th Floor, Sacramento, California, in Courtroom 28.

IF YOU DO NOT WANT THIS CASE DISMISSED, Local Rule 9014-1(f)(2)(C) requires:

1

**Opposition, if any, shall be presented at the hearing on the motion. If Opposition is presented, or if there is other good cause, the Court may Continue the hearing to permit the filing of evidence and briefs.**

**You can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling and can view pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov, after 4:00 P.M., the day before the hearing. <u>Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.</u>**

THE HEARING MAY BE CONTINUED on the motion to such date, time, and place as the Court may order, and without additional notice to you unless so ordered by the Court.

<u>**NO WRITTEN OPPOSITION TO THIS MOTION IS REQUIRED.**</u>

<u>**Your rights may be affected.**</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

Dated:  November 4, 2024　　　　　　　　　　　/s/ Neil Enmark  
　　　　　　　　　　　　　　　　　　　　　　　Neil Enmark, Attorney for Trustee