**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 24-24120 - A - 13
Kristina Lynn Fluetsch,            ) Docket Control No.
              Debtor.              ) Document No. 27
                                   ) Date: 11/05/2024
                                   ) Time: 9:00 AM
                                   ) Dept: A
```

**Order**

IT IS ORDERED that the Order to Show Cause is discharged.  The case shall remain pending.

Dated: November 05, 2024

Fredrick E. Clement
United States Bankruptcy Judge

[27] - Order to Show Cause - Failure to Pay Fees as Transmitted to BNC for Service. Hearing to be held on 11/5/2024 at 09:00 AM at Sacramento Courtroom 28, Department A. (isaf)