**2**

DAVID P. CUSICK, #160467 TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
KRISTEN A. KOO, #230856, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
legalmail@cusick13.com
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 24-24120-A-13C |
| | ) | DCN: DPC-1 |
| | ) | |
| KRISTINA L. FLEUTSCH, | ) | AMENDED NOTICE OF HEARING ON |
| | ) | TRUSTEE'S OBJECTION TO |
| | ) | CONFIRMATION |
| | ) | |
| | ) | DATE: 1/22/2025 |
| | ) | TIME: 9:00 A.M. |
| | ) | JUDGE: CLEMENT |
| Debtor | ) | COURTROOM: 28, 7TH FLOOR |

**NOTICE IS HEREBY GIVEN PURSUANT TO LBR 3015-1(c)(4) & 9014-1(f)(2),** that DAVID P. CUSICK, Standing Chapter 13 Trustee, has filed with the Court, a Trustee's Objection to Confirmation.

THE OBJECTION SHALL BE HEARD by the Court on 1/22/2025, at 9:00 a.m., at the United States Courthouse located at 501 "I" Street, 7th Floor, Sacramento, California, in Courtroom 28.

The Court ordered on 11/23/24, (DN 59), the Debtor shall by 12/23/24 either: (1) file a statement of non-opposition, (2) respond in writing specifically addressing each issue in the

objection and including admissible evidence, or (3) file and serve a modified plan and motion to confirm it.

You can determine whether this matter has been resolved without oral argument or whether the court has issued a tentative ruling and can view pre-hearing dispositions by checking the Court's website, at www.caeb.uscourts.gov, after 4:00 P.M., the day before the hearing. **Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.**

THE HEARING MAY BE CONTINUED on the motion to such date, time, and place as the Court may order, and without additional notice to you unless so ordered by the Court.

**THE TRUSTEE IS AWARE DEBTOR FILED AN OPPOSITION ON 11/15/24, (DN 52.)**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

Dated: 11/26/2024                          /s/ Neil Enmark
                                           Neil Enmark, Attorney for Trustee