FORM L145
Notice of Requirement to File Financial Management Course Certificate (v.1.0 – 11/07/2024)

24–24120 – A – 13 C

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## NOTICE OF REQUIREMENT TO FILE FINANCIAL MANAGEMENT COURSE CERTIFICATE

**Case Number:** 24–24120 – A – 13 C

**Debtor Name(s) and Address(es):**

Kristina Lynn Fluetsch
2722 Latham Dr
Sacramento, CA 95864

11 U.S.C. § 1328(g) requires that each debtor in a Chapter 13 case complete an instructional course in personal financial management after filing a bankruptcy petition. Proof of having taken this course must be filed by each debtor in the case. If your course provider does not notify the court that you have completed the course, you must file a Financial Management Course Certificate. This course must be taken in addition to the credit counseling that is required before filing a Chapter 13 case. A list of approved training agencies is available online at http://www.usdoj/ust/eo/bapcpa/ccde/index.htm.

**NOTICE IS HEREBY GIVEN THAT** this bankruptcy case may be closed without entry of a discharge unless your course provider notifies the court that you have completed an instructional course in personal financial management; or, in the alternative, that each debtor files the course certificate(s) your provider gave you or a motion for extension of time to file the certificates(s). These documents must be filed at the address shown above, no later than the date the last payment is made by the debtors as required by the plan. Once the case is closed without entry of a discharge, debtors must file the certificate provided by the course provider, a motion to reopen the case, and pay a reopening fee (currently $235.00 in a chapter 13 case) to obtain a discharge.

As of December 1, 2024, Form 423 will no longer be accepted in lieu of the certificate of course completion.

Dated: 12/9/24                               Wayne Blackwelder
Clerk of Court