United States Bankruptcy Court
Eastern District of California

In re:     Case No. 24-24120-A
Kristina Lynn Fluetsch     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0972-2     User: admin     Page 1 of 1
Date Rcvd: Dec 09, 2024     Form ID: L145     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: kfluetsch@me.com | Dec 10 2024 00:44:00 | Kristina Lynn Fluetsch, 2722 Latham Dr, Sacramento, CA 95864-7107 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2024     Signature:     /s/Gustava Winters

FORM L145  
Notice of Requirement to File Financial Management Course Certificate  (v.1.0 – 11/07/2024)

24–24120 – A – 13 C

UNITED STATES BANKRUPTCY COURT  
Eastern District of California

**Robert T Matsui United States Courthouse**  
**501 I Street, Suite 3–200**  
**Sacramento, CA 95814**

(916) 930–4400  
www.caeb.uscourts.gov  
M–F 9:00 AM – 4:00 PM



# NOTICE OF REQUIREMENT TO FILE FINANCIAL MANAGEMENT COURSE CERTIFICATE

**Case Number:**   24–24120 – A – 13 C

**Debtor Name(s) and Address(es):**

Kristina Lynn Fluetsch  
 2722 Latham Dr  
Sacramento, CA 95864

11 U.S.C. § 1328(g) requires that each debtor in a Chapter 13 case complete an instructional course in personal financial management after filing a bankruptcy petition. Proof of having taken this course must be filed by each debtor in the case. If your course provider does not notify the court that you have completed the course, you must file a Financial Management Course Certificate. This course must be taken in addition to the credit counseling that is required before filing a Chapter 13 case. A list of approved training agencies is available online at http://www.usdoj/ust/eo/bapcpa/ccde/index.htm.

**NOTICE IS HEREBY GIVEN THAT** this bankruptcy case may be closed without entry of a discharge unless your course provider notifies the court that you have completed an instructional course in personal financial management; or, in the alternative, that each debtor files the course certificate(s) your provider gave you or a motion for extension of time to file the certificates(s). These documents must be filed at the address shown above, no later than the date the last payment is made by the debtors as required by the plan. Once the case is closed without entry of a discharge, debtors must file the certificate provided by the course provider, a motion to reopen the case, and pay a reopening fee (currently $235.00 in a chapter 13 case) to obtain a discharge.

As of December 1, 2024, Form 423 will no longer be accepted in lieu of the certificate of course completion.

Dated:   12/9/24

Wayne Blackwelder  
Clerk of Court