**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title**: Kristina Lynn Fluetsch

**Case No.**: 24-24120 - A - 13

**Docket Control No.** JLS-1

**Date**: 11/19/2024
**Time**: 9:00 AM

**Matter**:  [38] - Objection to Confirmation of Plan by Michael Gorenberg, Barry L. Chin and Susan Y. Chin, Trustees, or their successors in trust, under the Chin Living Trust, Tuyen V. Quoc and Myung S. Lee, Trustees of the Quoc-Lee Family Trust U/D/T, Siva Uppalapati and Padma Uppalapati, as CO-Trustees of the Uppasana22 Family Trust, U/A, Chin-Chai Low and Lai-Fen Wong, Trustees of the Low/Wong Family Trust [JLS-1] Filed by Creditors Chin-Chai Low and Lai-Fen Wong, Trustees of the Low/Wong Family Trust, Siva Uppalapati and Padma Uppalapati, as CO-Trustees of the Uppasana22 Family Trust, U/A, Tuyen V. Quoc and Myung S. Lee, Trustees of the Quoc-Lee Family Trust U/D/T, Barry L. Chin and Susan Y. Chin, Trustees, or their successors in trust, under the Chin Living Trust, Michael Gorenberg (isaf)

**Judge**: Fredrick E. Clement
**Courtroom Deputy: Janice Busch**
**Reporter: Not Recorded**
**Department: A**

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

**CIVIL MINUTES**

**Objection**: Creditor's Objection to Confirmation of Plan
**Notice**: LBR 3015-1(c)(4), 9014-1(f)(2); no written opposition required
**Disposition**: Continued to January 22, 2025, at 9:00 a.m.
**Order**: Civil minute order

Creditor, Michael Gorenberg, et. al., objects to confirmation of the debtor(s) plan.

Chapter 13 plan confirmation is governed by 11 U.S.C. §§ 1322, 1325 and by Federal Rule of Bankruptcy Procedure 2002(b) and Local Bankruptcy Rule 3015-1.  The debtor has the burden of proving that the

plan complies with all statutory requirements of confirmation.  *In re Andrews*, 49 F.3d 1404, 1407-08 (9th Cir. 1995); *In re Barnes*, 32 F.3d 405, 407-08 (9th Cir. 1994).

The court will continue the hearing on this objection to allow the parties to augment the evidentiary record.