**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                        ) Case No. 24-24120 - A - 13
  Kristina Lynn Fluetsch,    ) Docket Control No.
              Debtor.        ) Document No. 80
                             ) Date: 01/22/2025
                             ) Time: 9:00 AM
_____) Dept: A
```

**Order**

IT IS ORDERED that the Order to Show Cause is discharged. The case shall remain pending.

Dated: January 24, 2025

_____
Fredrick E. Clement
United States Bankruptcy Judge

[80] - Order to Show Cause - Failure to Pay Fees as Transmitted to BNC for Service. Hearing to be held on 1/22/2025 at 09:00 AM at Sacramento Courtroom 28, Department A. (isaf)