**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re
Kristina Lynn Fluetsch,
          Debtor.

) Case No. 24-24120 - A - 13
) Docket Control No. DPC-2
) Document No. 43
) Date: 01/22/2025
) Time: 9:00 AM
) Dept: A

**Order**

Findings of fact and conclusions of law are stated in the civil minutes for the hearing.

The trustee's motion to dismiss this chapter 13 case has been presented to the court. Having entered the default of respondent debtor for failure to appear, timely oppose, or otherwise defend in the matter, and having considered the well-pleaded facts of the motion,

IT IS ORDERED that the motion is granted because: (1) of the delinquency under the chapter 13 plan in this case; (2) because the debtor is not eligible under 11 U.S.C. § 109(e). The court hereby converts this case to Chapter 7.

**Dated:** January 24, 2025

_____
Fredrick E. Clement
**United States Bankruptcy Judge**