UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                                    Case No. 24-24120-A-7

Kristina Lynn Fleutsch,                   FEC-1

        Debtor.

**Order**

It is hereby ordered that a Status Conference is set for February 18, 2025, at 9:00 a.m. Parties may appear in person, by Court Call, or by Zoom.

The Chapter 7 Trustee, U.S. Trustee, and Debtor are ordered to appear. Failure of the Debtor to participate may result in dismissal of this case without further notice or hearing.

The parties are also ordered to meet and confer and file a Joint Status Report 14 days prior to the Status Conference hearing.

Dated: January 29, 2025

_____
Fredrick E. Clement
United States Bankruptcy Judge

2

# Instructions to Clerk of Court
## Service List - Not Part of Order/Judgment

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked ____, via the U.S. mail.

| **Debtor**(s) | **Attorney for the Debtor**(s) (if any) |
|---|---|
| **Bankruptcy Trustee** (if appointed in the case) | **Office of the U.S. Trustee**<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA  95814 |