NIKKI B. FARRIS
TRUSTEE IN BANKRUPTCY
2607 FOREST AVENUE #120
CHICO, CA 95928
(530) 898-1488

Chapter 7 Bankruptcy Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. 24-24120-A-7 |
| KRISTINA LYNN FLUETSCH | DC No.: NBF-1 |
| Debtor. | **APPLICATION FOR AUTHORITY TO EMPLOY MICHAEL GABRIELSON AS ACCOUNTANT FOR TRUSTEE AND ESTATE**<br><br>**(No Hearing Required)** |

TO HONORABLE CHRISTOPHER M. KLEIN, UNITED STATES BANKRUPTCY JUDGE:

The Application of Nikki Farris respectively alleges:

1. Applicant is the duly appointed, qualified and acting trustee of the estate of the above named debtor which is proceeding under Chapter 7.

2. To perform her services as trustee, your applicant require services of a certified public accountant to perform tax and accounting services on behalf of the estate including without limitation:

APPLICATION TO EMPLOY ACCOUNTANT

  (a) Prepare all necessary estate income tax returns for the estate and represent the trustee and the estate with the federal, state and local tax authorities;

  3. It is in the best interest of this estate and the economical administration thereof, that applicant be authorized to employ Michael Gabrielson as accountant for the estate.

  4. Michael Gabrielson is a duly licensed, certified public accountant authorized to practice in the jurisdiction of the above court.  Michael Gabrielson has special experience and qualifications in bankruptcy accounting and tax services.

  5. Michael Gabrielson has no connection to the debtor, creditors, any other parties of interest, their respective attorneys or accountants, the United States Trustee, or any person employed by the office of U.S. Trustee.  Michael Gabrielson is not a creditor or insider of the debtors or holds any interest adverse to the debtor.

  6. Michael Gabrielson has never been retained to perform any pre-petition services on behalf of the debtor;

  7. Michael Gabrielson has not been paid any retainer or advance fees by the trustee;

  8. The normal hourly billing rate of Michael Gabrielson for professional bankruptcy accounting and tax services at this time is as follows:

- Michael Gabrielson, CPA    $465.00

It is contemplated that the accountant will seek compensation for services based upon normal and usual hourly billing rates.  It is further contemplated that said accountant may seek interim compensation as permitted by 11 U.S.C. Section 331.

  9. As it appears from applicant's Declaration applicant and associates do not hold or represent any interest adverse to the estate and accountant is a disinterested person within the meaning of 11 U.S.C. Section 101(14).

Filed 03/25/25    Case 24-24120    Doc 184

10. WHEREFORE, your applicant prays that she be authorized to employ Michael Gabrielson as accountant for the estate to render the tax and accounting services described in the foregoing Application, with compensation to be paid as an administrative expense in such amounts as this court may hereafter determine and allow.

Dated: March 25, 2025

                                          /s/ Nikki Farris
                                     NIKKI FARRIS, TRUSTEE